# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL GATES, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Nurse SHIRLEY LEWIS, *et al.*, | : | NO. 7:08-CV-58 (HL) |
| | : | |
| Defendants | : | **O R D E R** |

_____

Plaintiff **MICHAEL GATES**, while confined at the Lowndes County Jail, filed this *pro se* civil rights complaint under 42 U.S.C. § 1983 on or about May 8, 2008. In an order dated May 14, 2008, this Court instructed plaintiff to pay an initial partial filing fee of $7.66. Plaintiff was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed.

More than 30 days later, plaintiff still had not paid the $7.66 as directed. By order dated June 19, 2008, plaintiff was once again instructed to pay the $7.66. He was given an additional 15 days to do so.

Plaintiff has failed to respond to either of the Court's orders. It has now been brought to the Court's attention that plaintiff's copy of the June 19th order was returned with a notation that plaintiff is no longer at the Lowndes County Jail. Plaintiff has not notified this Court of his release or his whereabouts. Because plaintiff has done nothing of record with regard to his claims since mailing his complaint for filing, he may have lost interest in pursuing this matter since his release from jail.

Based on the foregoing, it is hereby **ORDERED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 16th day of July, 2008.

      *s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr